# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CARRIE A. PITTS,**

    **Plaintiff,**

  v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

Case No. 1:19-cv-1003
JUDGE DOUGLAS R. COLE
Magistrate Judge Karen Litkovitz

## ORDER

On January 25, 2021, Magistrate Judge Litkovitz issued a Report and Recommendation (the "R&R") (Doc. 21) recommending that the ALJ's decision should be **AFFIRMED** and that this matter be closed on the docket of the Court. The R&R advised the parties that failing to object within 14 days would constitute a forfeiture of the right to review. (R&R at #1930 (first citing *Thomas v. Arn*, 474 U.S. 140 (1985); then *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981))).

Now, the time period for objection has run, and no party has objected. 28 U.S.C. § 636(b)(1)(C). "There is no indication that Congress, in enacting § 636(b)(1)(C), intended to require a district judge to review a magistrate's report to which no objections are filed." *Thomas*, 474 U.S. at 152; *see also Berskhire v. Beauvais*, 928 F.3d 520, 530–31 (6th Cir. 2019) (noting "fail[ure] to file an objection to the magistrate judge's R&R … is forfeiture"). Thus, the Court **ADOPTS** Magistrate Judge Litkovitz's R&R (Doc. 21), **AFFIRMS** the ALJ's decision, and **DIRECTS** the Clerk to enter judgment accordingly.

SO ORDERED.

February 25, 2021
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**